AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Michael Nicoloro, Jr.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-11490 RGS

TO: (Name and address of Defendant)

Michael Nicoloro, Jr.
2 Liberty Ave.
Burlington, MA 01803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              6-30-04
CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

**Middlesex, ss.**

July 14, 2004

I hereby certify and return that on 7/13/2004 at 12:25PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE STATEMENT in this action in the following manner. To wit, by leaving at the last and usual place of abode of MICHAEL NICOLORO, JR., 2 LIBERTY Avenue, BURLINGTON, MA 01803 and by mailing 1st class to the above address on 7/14/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.60), Postage and Handling ($3.00), Travel ($8.32) Total Charges $44.92

*George A. Hooper*

Deputy Sheriff

| | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.