SCANNED
DATE: 07/01/04
BY: SRY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts I, Inc. | ) Case No.: |
| Plaintiff | ) CORPORATION DISCLOSURE |
| vs. | ) STATEMENT |
| Michael Nicoloro, Jr. | ) 04-11490 RGS |
| Defendant | ) |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Massachusetts I, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Local Counsel,

_____        _____
Date                            John M. McLaughlin
                                **MCLAUGHLIN SACKS**
                                31 Trumbull Road
                                Northampton, MA 01060
                                Telephone: (413) 586-0865
                                BBO No. 556328

Page    1