**UNITED STATES DISTRICT COURT**
**DISTRICT OF MA**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**    )  | Case No.: **04-11490 RGS** |
|                                          ) | |
|     Plaintiff,                           ) | |
|                                          ) | **NOTICE OF VOLUNTARY DISMISSAL** |
|     vs.                                  ) | **WITH PREJUDICE** |
|                                          ) | |
| **Michael Nicoloro, Jr.**                ) | |
|                                          ) | |
|     Defendant                            ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                                         Respectfully Submitted for the Plaintiff,
                                         Comcast of Massachusetts I, Inc.
                                         By Its Attorney,

| | |
|---|---|
|  11/19/2004 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone:  (413) 586-0865 |
| | BBO No. 556328 |

### **CERTIFICATE OF SERVICE**

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___19th___ day of __November__, 2004, a copy of the foregoing was mailed first class to:

Michael Nicoloro, Jr.
2 Liberty Avenue
Burlington, MA  01803

Attorney Joseph A. Amoroso, Jr.
161 3rd Street
Cambridge, MA 02141-1795

                                                __/s/ John M. McLaughlin_____
                                                John M. McLaughlin, Esq.